# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| LOPEZ, et al. <br> *Plaintiff* <br> v. <br> COUNTY OF STAINSLAUS, et al. <br> *Defendant* | Case No. 2:25-cv-1175-DC-CSK |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

VIVAN AMADOR LOPEZ, JUAN TELLES, JOHN MATAKA, AND MIGUEL DONOSO    .

Date:  10/2/2025

/s/ Manuel F. Cachan
*Attorney's signature*

Manuel F. Cachan 216987
*Printed name and bar number*

2000 Avenue of the Stars, Suite 200N Los Angeles, CA 90067
*Address*

manuel.cachan@skadden.com
*E-mail address*

(213) 687.5000
*Telephone number*

(213) 687.5600
*FAX number*