

# United States District Court
# Eastern District of California

| LOPEZ, et al. | Case Number: 2:25-cv-1175-DC-CSK |
|---|---|
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| COUNTY OF STANISLAUS, et al. | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Nicolas F. Garcia hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

VIVIAN AMADOR LOPEZ, JUAN TELLES, JOHN MATAKA, AND MIGUEL DONOSO

On October 13, 2021 (date), I was admitted to practice and presently in good standing in the New York Supreme Court Third Department (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/2/2025        Signature of Applicant: /s/ Nicolas F. Garcia

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Nicolas F. Garcia |
| Law Firm Name: | Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates |
| Address: | One Manhattan West |
| City: | New York City      State: NY      Zip: 11101 |
| Phone Number w/Area Code: | +1 (212) 735-2289 |
| City and State of Residence: | New York City |
| Primary E-mail Address: | nicolas.garcia@skadden.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Manuel F. Cachan |
| Law Firm Name: | Skadden, Arps, Slate, Meagher & Flom LLP |
| Address: | 2000 Avenue of the Stars, Suite 200N, Los Angeles, CA 90067 |
| City: | Los Angeles      State: CA      Zip: 90067 |
| Phone Number w/Area Code: | 1 (213) 687.5000      Bar #: 216987 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 2, 2025

Dena Coggins
United States District Judge